IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON HILL,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **CO BOGAN,** *et al.*, : | **NO. 18-1605** |
| **Defendants.** : | |

## **ORDER**

AND NOW, this 27th day of April, 2018, upon consideration of Mr. Hill's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and his *pro se* Complaint (ECF No. 2), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff Vernon Hill, #DK-9860, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Hill, an initial partial filing fee of $17.67 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Graterford or at any other prison at which Mr. Hill may be incarcerated is directed to deduct $17.67 from Mr. Hill's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-1605. In each succeeding month when the amount in Mr. Hill's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Hill's inmate trust fund account

until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-1605.

3. The Clerk of Court is directed to send a copy of this order to the Superintendent of SCI-Graterford.

4. The Complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) in accordance with the Court's Memorandum.

5. Mr. Hill may file an amended complaint within thirty (30) days of the date of this Order in the event he can state a plausible basis for a claim. Any amended complaint must identify all defendants in the caption and must state how each defendant is responsible for violating Mr. Hill's rights. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED.

6. The Clerk of Court shall send Mr. Hill a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the civil action number of this case. Mr. Hill may use this form to file his amended complaint.

7. If Mr. Hill fails to file an amended complaint, his case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**


  /s/ Gerald Austin McHugh
United States District Judge