# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON HILL, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 18-CV-1605 |
| : | |
| CO BOGAN, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 31st day of May, 2018, upon consideration of Hill's Amended Complaint (ECF No. 7), it is ORDERED that:

1. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) in accordance with the Court's Memorandum. Hill may not file another amendment in this case.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**

**United States District Judge**